IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 2:08-cr-748-1 |
| | : | |
| **IGNACIO LUIS MORALES,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 13th day of January, 2012, upon consideration of the Government's Objection to the Presentence Investigation Report (Doc. No. 68), the Defendant's responses thereto, and the Government's supplemental memoranda in support of its objection, it is hereby **ORDERED** that the Government's objection is **OVERRULED** for the reasons set forth in the Court's Memorandum Opinion. **IT IS FURTHER ORDERED** that the above-captioned case is scheduled for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **TUESDAY, FEBRUARY 21, 2012**, at **3:00 p.m.**, in **COURTROOM 4-B**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**